**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
E. MISHAN & SONS, INC.,

                    Plaintiff,                    18 **CIVIL** 2932 (VSB)

        -against-                        **JUDGMENT**

NOVEL BRANDS LLC,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2022, Magistrate Judge Netburn's Report is adopted in its entirety. Accordingly, Plaintiff is awarded (1) $387,409.08 in Defendant's profits; (2) $7,672.77 in costs; and (3) $59,195.47 in attorney's fees, for a total award of $454,277.32. The motion for a Rule 16(a) conference is DENIED as moot; accordingly, this case is closed.

**Dated:**  New York, New York
           February 11, 2022

                                                          **RUBY J. KRAJICK**
                                                            Clerk of Court
                                          BY:
                                                            Deputy Clerk