J137-3456A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
E. Mishan & Sons, Inc.,                    :     Civil Action No.
                                            :     18-CV-02932 (VSB)(SN)
                Plaintiff,                  :
        v.                                  :     **ORDER**
                                            :
Novel Brands LLC,                           :
                                            :
                Defendant.                  :
---------------------------------------------x

**THIS MATTER** having come before the Court on Plaintiff E. Mishan & Sons, Inc.'s Motion For Leave To Register Judgment In Other Districts Pursuant To 28 U.S.C. § 1963 (the "Motion"); and the Court having carefully considered the matter; and for good cause shown;

**IT IS** on this 1st day of ___October, 2025;

**ORDERED** that the Motion be and hereby is **GRANTED**. E. Mishan & Sons, Inc. is permitted to register the Judgment entered in this case (ECF No. 67) in its favor and against Defendant Novel Brands LLC in any other United States District Court outside of the Southern District of New York.

The Court Clerk shall issue certified copies of the Judgment to the United States District Courts located in New Jersey, the Central District of California, and any other district requested by Plaintiff.

The Clerk of Court is respectfully directed to terminate Document 78.

**SO ORDERED**.

Date: October 1, 2025

*Vernon Broderick*
Vernon S. Broderick
United States District Judge